■ WELLCRAFT MARINE CORPORATION, Respondent, v ROBERT A. MILANO et al., Defendants, and MICHAEL DiSANTO et al.,

Intervenors-Appellants.—Appeal by the intervenors from an order of the Supreme Court, Westchester County (Coppola, J.), entered October 30, 1987.

Ordered that the order is affirmed, with costs *(see, DiSanto v Wellcraft Mar. Corp.,* 149 AD2d 560 [decided herewith]). Mollen, P. J., Thompson, Lawrence and Kunzeman, JJ., concur.